**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **OUR PLACE CONDOMINIUMS, INC.** | * | **CIVIL ACTION NO.: 2:22-cv-05121** |
| | * | |
| **Plaintiff** | * | |
| | * | |
| **VERSUS** | * | **JUDGE JAMES D. CAIN, JR.** |
| | * | |
| **STATE FARM FIRE AND CASUALTY COMPANY** | * | **MAGISTRATE JUDGE THOMAS P. LEBLANC** |
| **Defendant** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing:

**IT IS ORDERED, ADJUDGED, AND DECREED** that all Plaintiff's claims in the above-numbered and entitled matter are hereby dismissed, with full prejudice, each party to bear his/its own costs.

**THUS DONE AND SIGNED** in chambers this 13th day of February, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT J U D G E**